IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40719
Conference Calendar
_____


EUGENE KERR; GENEVA KERR,

Plaintiffs-Appellees,

versus

ROLAND SCOTT LYFORD ET AL.,

Defendants,

ROLAND SCOTT LYFORD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-914
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Roland Scott Lyford appeals from the district court's denial of a motion to dismiss under Fed. R. Civ. P. 12(b)(6) based upon the defenses of absolute and qualified immunity. Our review of the record and the arguments and authorities convinces us that no reversible error was committed. See Mays v. Sudderth, 97 F.3d 107, 111-12 (5th Cir. 1996). Lyford's motion for leave to file a supplemental brief is DENIED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.